IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                               CASE NO. 07-40598TLH4

DANIEL, JIMMY LEE, SR.
DANIEL, VALARIE JACKSON                   CHAPTER 7

               Debtor(s)
_____/

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED
## IN ACCORDANCE WITH 11 U.S.C. §347

       Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant | Dividend |
|---|---|---|
|  | Best Bank<br>Fdic Receiver For<br>Dallas, TX 75202 | $567.59 |
|  | Cbcs<br>Po Box 163250<br>Columbus, OH 43216 | $440.85 |
|  | Dakota State Bank/Rewards 660<br>PO Box 89210<br>Sioux Falls, SD 57109-9210 | $417.41 |
|  | Fst Premie<br>900 Delaware Suite 7 Tape Only<br>Sioux Falls, SD 57104 | $597.35 |
|  | Osi Collection Service<br>5022 Gate Pkwy Ste 204<br>Jacksonville, FL 32256 | $55.11 |
|  | Receivables Performanc<br>1930 220th St Se Ste 101<br>Bothell, WA 98021 | $61.72 |
|  | Arrow Financial Services | $617.02 |

/s/ Theresa M. Bender
THERESA M. BENDER
CHAPTER 7 TRUSTEE
Theresa M. Bender, P.A.
Post Office Box 14557
Tallahassee, FL  32317
PH:  (850) 205-7777
FL. Bar # 0749486
Tmbenderch7@yahoo.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following:

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301

Best Bank
Fdic Receiver For
Dallas, TX 75202

Cbcs
Po Box 163250
Columbus, OH 43216

Dakota State Bank/Rewards 660
PO Box 89210
Sioux Falls, SD 57109-9210

Fst Premie
900 Delaware Suite 7 Tape Only
Sioux Falls, SD 57104

Osi Collection Service
5022 Gate Pkwy Ste 204
Jacksonville, FL 32256

Receivables Performanc
1930 220th St Se Ste 101
Bothell, WA 98021

Arrow Financial Services
5996 W. Touhy Ave
Niles, IL 60714

Dated: 1/2/2011　　　　　　　　　　　　　　　　/s/ Theresa M. Bender